IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01338-WYD-CBS

MARLIN MEENTS,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendant.

**ORDER**

    The Court having reviewed the Stipulation of Dismissal of Case With Prejudice filed on July 10, 2006, by Plaintiff Marlin Meents and Defendant John E. Potter, Postmaster General of the United States, and being fully advised of its premises, hereby

    ORDERS that the above-captioned civil action shall be **DISMISSED WITH PREJUDICE**, with each party to pay their own costs and attorney's fees.

    Dated:  July 11, 2006

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge